# Court of Appeals
# of the State of Georgia

ATLANTA,  November 26, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0677.  WANDA F. PRENTICE v. DEKALB COUNTY SCHOOL DISTRICT.**

In this direct appeal, Wanda F. Prentice seeks review of the superior court's order affirming a decision of the State Board of Workers' Compensation.  However, an appeal from a decision of the superior court reviewing a decision of the State Board of Workers' Compensation must be brought by application for discretionary appeal. See OCGA § 5-6-35 (a) (1); *Adivari v. Sears, Roebuck & Co*., 221 Ga. App. 279 (471 SE2d 59) (1996). Because Prentice failed to follow the proper appellate procedure, her appeal is hereby DISMISSED for lack of jurisdiction.  See *Adivari.*



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  11/26/2019*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*